IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | | |
|---|---|---|
| ATS International Services, Inc. | * | |
| Plaintiff, | * | Civil Action No. RDB 12-2525 |
| v. | * | |
| Kousa International, LLC, *et al.*, | * | |
| Defendant and Garnishees. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

### ORDER GRANTING MOTION FOR APPOINTMENT FOR SERVICE OF WRITS OF MARITIME GARNISHMENT

Plaintiff having moved for an Order pursuant to Fed. R. Civ. P. 4 (c)(2), Supplemental Rule B(1)(c)(ii) and Supplemental Rule C(3)(b)(ii) appointing J. Stephen Simms or any other qualified person appointed by him, to serve the warrant of arrest, process of maritime garnishment and any supplemental process in this matter, and it appearing that such appointment will result in substantial economies in time and expense,

NOW, on motion of Plaintiff, it is hereby,

ORDERED, that J. Stephen Simms or any other person at least 18 years of age and not a party to this action, appointed by him be and hereby is, appointed to serve the Warrant of Arrest and Process of Maritime Attachment, and a copy of the Verified Complaint as issued in this case.

DONE AND ORDERED this 23rd day of August, 2012.

_____
UNITED STATES DISTRICT JUDGE