# SIMMS SHOWERS LLP

J. STEPHEN SIMMS
PRINCIPAL
JSSIMMS@SIMMSSHOWERS.COM

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2012 NOV 13 P 2: 30

November 9, 2012
AT BALTIMORE

**BY CM/ECF**

Hon. Richard D. Bennett
United States District Judge
United States District Court for the District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

    Re: **ATS International v. Kousa International**
       <u>**Civil Action No. RDB 12-2525**</u>

Dear Judge Bennett:

  The parties have conferred about the Court's scheduling order and request as the following modifications:

  1) That the Court extend from November 9 to November 30, 2012 the deadline for the parties to confer about e-discovery;

  2) That the Court extend by a further 120 days all of the Scheduling Order dates; and

  3) That the Court increase to 50 hours the deposition hours amount for each side.

  The parties also do not consent to referral to a United States Magistrate Judge and do not request an early settlement conference.

              Respectfully Submitted,

              J. Stephen Simms

Copy to All Counsel, by CM/ECF

           Request <u>Granted</u> This 13th Day of November, 2012

           Richard D. Bennett
           United States District Judge

TWENTY SOUTH CHARLES STREET • BALTIMORE, MARYLAND 21201
☎ 410-783-5795 • SIMMSSHOWERS.COM
OFFICES ALSO IN LEESBURG, VIRGINIA