IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | | |
|---|---|---|
| ATS International Services, Inc. | * | |
| Plaintiff, | * | Civil Action No. RDB 12-2525 |
| v. | * | |
| Kousa International, LLC, et al., | * | |
| Defendant and Garnishees. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATED MOTION AND AGREED ORDER

Plaintiff ATS International Services, Inc. ("ATSI") and Defendant Kousa International, LLC ("Kousa"), by undersigned counsel, stipulate and move jointly for the Court to Order as follows:

1. Kousa propounded Requests for Admission and Interrogatories to ATSI on March 8, 2013. Both were served by hand and electronically.

2. ATSI's responses were due by April 8, 2013.

3. ATSI served its responses to the Requests for Admission on April 10, 2013.

4. ATSI served its responses to the Interrogatories on April 15, 2013.

5. In order to avoid unnecessary motions practice and this Court's involvement, counsel for ATSI requested, and counsel for Kousa agreed, that ATSI's responses to Kousa's Requests for Admission and Interrogatories be deemed timely served.

6. WHEREFORE, the parties respectfully request that this Court approve the instant Stipulated Motion and Agreed Order and deem ATSI's responses to Kousa's Requests for Admission and Interrogatories timely served.

STIPULATED AND AGREED:

| | |
|---|---|
| /s/ Marios J. Monopolis | /s/ M. Hamilton Whitman, Jr. |
| J. Stephen Simms (#4269) | M. Hamilton Whitman, Jr. (#00373) |
| John T. Ward (#1507) | Caitlin Q. Vandevander (#29620) |
| Marios J. Monopolis (#29177) | OBER, KALER, GRIMES & SHRIVER |
| Simms Showers LLP | A Professional Corporation |
| 20 South Charles Street, Suite 702 | 100 Light Street |
| Baltimore, Maryland 21201 | Baltimore, Maryland 21202 |
| Tel: (410) 783-5795 | Phone: 410-347-7354 |
| Fax: (410) 510-1789 | Fax: 443-263-7554 |
| *Counsel for Plaintiff ATS International Services, Inc.* | *Counsel for Kousa International, LLC* |

SO ORDERED this 13th day of May, 2013.

_____
Richard D. Bennett
United States District Judge