IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

ATS INTERNATIONAL SERVICES, INC.   *

       Plaintiff,   *

v.   *   Case No. 12 CV 2525-RDB

KOUSA INTERNATIONAL, LLC, ET AL.,*

       Defendant.   *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**NOTICE OF CHANGE OF FIRM AND ADDRESS
AND WITHDRAWAL OF COUNSEL**

Defendant Kousa International, LLC ("Kousa") gives notice that Ivan L. Tjoe, one of the attorneys of record for Kousa, formerly of the law firm Lewis Brisbois Bisgaard & Smith, LLP, has now joined the law firm of Ropers Majeski Kohn Bentley PC at 515 South Flower Street, Suite 1100, Los Angeles, California 90071. Kousa also gives notice of withdrawal of the appearance of John P. Kardassakis of the law firm Lewis Brisbois Bisgaard & Smith, LLP.

                                              */s/*
                                          M. Hamilton Whitman, Jr., Bar No. 00373
                                          mhwhitman@ober.com
                                          Caitlin V. Nesseler, Bar No. 29620
                                          cvnesseler@ober.com
                                          OBER, KALER, GRIMES & SHRIVER
                                          A Professional Corporation
                                          100 Light Street
                                          Baltimore, Maryland 21202
                                          Phone: 410-347-7354
                                          Fax:    443-263-7554

                                                              */s/*
                                         Ivan L. Tjoe (admitted *pro hac vice*)
                                         itjoe@rmkb.com
                                         ROPERS MAJESKI KOHN BENTLEY PC
                                         515 South Flower Street
                                         Suite 1100
                                         Los Angeles, California  90071
                                         Phone: 213-312-2000
                                         Fax:    213-312-2001

                                         *Attorneys for Kousa International, LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 14th day of November 2013, a copy of the foregoing Notice of Change of Firm and Address and Withdrawal of Counsel was served on counsel of record by way of the Court's CM/ECF system.

                                         */s/*
                                         Caitlin V. Nesseler