IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | | |
|---|---|---|
| ATS International Services, Inc. | * | |
| Plaintiff, | * | Civil Action No. RDB 12-2525 |
| v. | * | |
| Kousa International, LLC, et al., | * | |
| Defendant and Garnishees. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**ATS INTERNATIONAL SERVICES, INC.'S**
**MOTION FOR SANCTIONS**

Plaintiff, ATSI hereby moves pursuant to Fed. R. Civ. P. 11(b) for sanctions against Defendant Kousa because Kousa willfully ignored its duty under Rule 11(b) to conduct a reasonable investigation of the allegations in the Second Amended Counterclaim ("SAC"). Kousa continues to advance both claims for which there is no factual support, and claims that are patently frivolous.

Pursuant to Rule 11(c)(2), on October 4, 2013 former counsel for ATSI served a copy of its Motion for Sanctions (attached hereto and Exhibit 1) and its Memorandum of Law in Support of its Motion for Sanctions (attached hereto as Exhibit 2) upon counsel for Kousa. *See* Exhibit 3, email correspondence of October 4, 2013 from J. Stephen Simms to counsel for Kousa. ATSI requests that its served Motion and Memorandum be incorporated by reference herein.

On October 28, 2013 counsel for Kousa replied that "Kousa does not intend to withdraw or 'correct' anything in the Second Amended Counterclaim." *Id.,* email correspondence dated October 28, 2013 from M. Hamilton Whitman, Jr. to former counsel for ATSI.

- 2 -

WHEREFORE, ATSI respectfully requests that this Honorable Court Grant its Motion for Sanctions and grant any further relief it deems just and necessary.

Dated: December 19, 2013.

_____/s/_____
David A. Skomba   #23664
Tamara B. Goorevitz  #25700
Franklin & Prokopik, PC
Two North Charles Street, Suite 600
Baltimore, MD  21201
(410) 230-3616  (phone)
(410) 752-6868 (fax)
dskomba@fandpnet.com
tgoorevitz@fandpnet.com
*Attorneys for Plaintiff*

- 3 -

**CERTIFICATE OF SERVICE**

I hereby certify that on December 19, 2013 I caused the foregoing Motion for Sanctions, accompanying exhibits and proposed Order to be served by via the Court's ECF system on counsel for Kousa as follows:

M. Hamilton Whitman, Jr.
mhwhitman@ober.com
Caitlin V. Nesseler
cvnesseler@ober.com
Geoffrey S. Tobias
gstobias@ober.com
OBER, KALER, GRIMES & SHRIVER
100 Light Street
Baltimore, Maryland 21202

Ivan L. Tjoe
itjoe@rmkb.com
Ropers, Majeski, Kohn, Bentley, PC
515 South Flower Street, Suite 1100
Los Angeles, California 90071

*Attorneys for Defendant, Kousa International, LLC*

_____/s/_____
David A. Skomba   #23664